Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

OCTOBER 2, 2013

WILLIAM M. McCOOL, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LEE ALAN CORNETT,<br><br>Defendant. | CR13-314 RSM<br><br>INDICTMENT |

## COUNT 1

### (Felon in Possession of a Firearm)

On or about February 7, 2013, at Tukwila, within the Western District of Washington, LEE ALAN CORNETT, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, Burglary 2nd Degree, under cause number 97-C-00602-0, in King County Superior Court, Washington, did knowingly possess a firearm, to wit: one Colt .45 semi-automatic handgun which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

INDICTMENT / CORNETT - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Unlawful Possession of an Unregistered Firearm)

On or about February 7, 2013, in Tukwila, within the Western District of Washington, LEE ALAN CORNETT knowingly possessed a firearm, that is, a Sten submachine gun receiver, that was not registered to him in the National Firearms Registration and Transfer Record as required by law.

All in violation of Title 26, United States Code, Sections 5861(d) and 5845(a)(6).

A TRUE BILL:

DATED: 10-2-13

Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States

_____
FOREPERSON

_____
JENNY A. DURKAN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
BRUCE F. MIYAKE
Assistant United States Attorney

INDICTMENT / CORNETT - 2